IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Vinson, Stephanie | Case Number:  06 B 09473 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/22/08 | Filed:  8/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 29, 2008
Confirmed: September 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,400.00 | |
| Secured: | | 2,391.58 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,782.64 |
| Trustee Fee: | | 225.78 |
| Other Funds: | | 0.00 |
| Totals: | 4,400.00 | 4,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 247.50 | 99.68 |
| 2. | Robert J Semrad & Associates | Administrative | 2,500.00 | 1,610.51 |
| 3. | Robert J Semrad & Associates | Administrative | 125.00 | 68.96 |
| 4. | Robert J Semrad & Associates | Administrative | 250.00 | 3.49 |
| 5. | National City Bank | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Secured | 215.00 | 91.18 |
| 7. | American General Finance | Secured | 8,283.84 | 2,300.40 |
| 8. | National City Bank | Secured | 2,526.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 37.18 | 0.00 |
| 10. | Think Federal Credit Union | Unsecured | 127.60 | 0.00 |
| 11. | Think Federal Credit Union | Unsecured | 113.15 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 282.87 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 52.14 | 0.00 |
| 14. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 15. | HSBC | Unsecured | | No Claim Filed |
| 16. | TCF Bank | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 14,760.28 | $ 4,174.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 100.05 |
| 5.4% | 121.54 |
| 6.5% | 4.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Vinson, Stephanie | Case Number:  06 B 09473 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/22/08 | Filed:  8/4/06 |

_____
$ 225.78

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____